**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

    vs.                                  CASE NO.96-CR-277-T-24MAP

LLEWELLYN LEWIS WHEELER

**ORDER**

This matter is before the Court on Llewellyn Wheeler's Motion for Termination of Sentence or in Alternative Modification of Sentence for Compassionate Reasons (Doc.83). Defendant Wheeler moves the Court to terminate or modify his prison sentence so that he can be released out of compassion to his family --specifically his two children who are approximately 17 and 14 years old. This is the second such motion the defendant has filed with this court.

On May 20, 1997, Defendant Wheeler was sentenced to 210 months of imprisonment. The Court may not modify a term of imprisonment once it has been imposed except upon motion of the Director of the Bureau of Prisons and a finding that extraordinary and compelling reasons warrant such a reduction.  See Title 18, U.S.C. §3582(c)(1)(A)  No such motion has been filed by the Director of the Bureau of Prisons and based on the exhibits filed by the defendant none will be forthcoming.

Accordingly the Motion for Termination or Modification (Doc.83) is **DENIED.**

Done and ordered in Tampa, Florida this 12th day of August, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies:  James Muench, Assistant United States Attorney
         Llewellyn Wheeler, pro se